**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1003

PAUL E. KIRBY,

        Plaintiff - Appellant,

    v.

LOUIS DEJOY, Postmaster General, United States Postal Service,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Mark Coulson, Magistrate Judge.  (1:22-cv-02197-JMC)

Submitted:  September 19, 2024            Decided:  September 23, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Marc T. Valentine, SNYDER VALENTINE PC, Somerset, Pennsylvania, for Appellant.  Erek L. Barron, United States Attorney, Melissa E. Goldmeier, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul E. Kirby appeals the magistrate judge's[*] order granting Defendant's motion to dismiss, or in the alternative, for summary judgment, on Kirby's discrimination claim, brought pursuant to the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634; and retaliation claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order.  *Kirby v. DeJoy*, No. 1:22-cv-02197-JMC (D. Md. Oct. 23, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C. § 636(c).